# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Tigar, Jon S. | **2. Court or Organization**<br><br>U.S. District Court for the Northern District of California | **3. Date of Report**<br><br>07/21/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>1301 Clay Street<br>Oakland, CA 94612 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▬▬▬▬▬▬▬ Trust dtd. 05/13/1997 |
| 2. | Director | ▬▬▬▬▬ Trust dtd. 08/27/1999 |
| 3. | Director | ▬▬▬▬▬ Trust dtd. 08/27/1999 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association -- Section of Antitrust Law | 1/17/19 to 1/19/19 | Dana Point, CA | Section meadership meeting | Transportation, meals, hotel |
| 2. | American Bar Association -- Section of Antitrust Law | 2/2/2019 to 2/6/2019 | Nashville, TN | Consumer protection conference | Transportation, meals, hotel |
| 3. | American Bar Association -- Section of Litigation | 4/30/2019 to 5/3/2019 | New York, NY | Section annual meeting | Transportation, meals, hotel |
| 4. | Emory University | 8/4/2019 to 8/6/2019 | Chicago, IL | MDL Conference | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tigar, Jon S.** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TIAA-CREF Traditional Annuity | D | Distribution | J | T | | | | | |
| 2. | | | | | | | | | |
| 3.  Individual Account (H) | | | | | | | | | |
| 4.  - Vanguard FTSE All-World ex-US Index Fund | A | Dividend | K | T | | | | | |
| 5. | | | | | | | | | |
| 6.  Rollover IRA (H) | | | | | | | | | |
| 7.  - DFA Commodity Strategy Portfolio | B | Dividend | L | T | | | | | |
| 8.  - DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 9.  - DFA Global Real Estate Security Port Institutional | D | Dividend | M | T | | | | | |
| 10.  - DFA International Small Company Portfolio | B | Dividend | K | T | | | | | |
| 11.  - IndexIQ Merger Arbitrage ETF | | None | L | T | | | | | |
| 12.  - iShares Short Term Corporate Bond ETF | D | Dividend | N | T | | | | | |
| 13.  - PIMCO Stocksplus Intl Fd Usd Hedged A | E | Dividend | M | T | | | | | |
| 14.  - PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | M | T | | | | | |
| 15.  - Thompson Bond Fund (X) | C | Dividend | L | T | | | | | |
| 16. | | | | | | | | | |
| 17.  Living Trust #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Artisan Global Opportunities Fund | D | Distribution | M | T | | | | | |
| 19. - DFA Commodity Strategy Portfolio | B | Dividend | L | T | | | | | |
| 20. - DFA Emerging Markets Portfolio | C | Dividend | M | T | Buy (add'l) | 12/17/19 | L | | |
| 21. - DFA Global Real Estate Security Port Institutional | C | Distribution | N | T | Buy (add'l) | 12/17/19 | M | | |
| 22. -- DFA Global Real Estate Security Port Institutional | E | Dividend | | | | | | | |
| 23. - DFA International Small Company Portfolio | C | Distribution | M | T | Buy (add'l) | 12/17/19 | L | | |
| 24. -- DFA International Small Company Portfolio | C | Dividend | | | | | | | |
| 25. - Fidelity CA Ltd Term Tax Free Bond Fund | C | Dividend | M | T | | | | | |
| 26. - IndexIQ Merger Arbitrage ETF | | None | N | T | | | | | |
| 27. - Oakmark Global Fund | B | Distribution | L | T | | | | | |
| 28. -- Oakmark Global Fund | A | Dividend | | | | | | | |
| 29. - PRIMECAP Odyssey Aggressive Growth Fund | E | Distribution | M | T | | | | | |
| 30. - Vanguard CA Inter Term Tax-Exempt Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 31. - Vanguard Dividend Appreciation Index Fund | C | Dividend | M | T | | | | | |
| 32. - Vanguard FTSE All-World ex-US Index Fund | D | Dividend | N | T | Buy (add'l) | 12/17/19 | M | | |
| 33. - Vanguard Mid-Cap Index Fund | C | Dividend | N | T | | | | | |
| 34. - Vanguard Short-Term Investment-Grade Fund | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tigar, Jon S.** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Vanguard Small-Cap Growth Index Fund | A | Dividend | M | T | | | | | |
| 36. | | | | | | | | | |
| 37.   Living Trust #2 (H) | | | | | | | | | |
| 38.   - Avery Dennison Corp Common Stock | E | Dividend | O | T | | | | | |
| 39.   - DFA Commodity Strategy Portfolio | A | Dividend | L | T | | | | | |
| 40.   - DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 41.   - DFA Global Real Estate Securities Portfolio | B | Distribution | M | T | | | | | |
| 42.   -- DFA Global Real Estate Securities Portfolio | D | Dividend | | | | | | | |
| 43.   - DFA International Small Company Portfolio | A | Distribution | K | T | | | | | |
| 44.   -- DFA International Small Company Portfolio | A | Dividend | | | | | | | |
| 45.   - IndexIQ Merger Arbitrage ETF | | None | L | T | | | | | |
| 46.   - Schwab 1000 Index Fund | E | Distribution | P1 | T | | | | | |
| 47.   -- Schwab 1000 Index Fund | E | Dividend | P1 | T | | | | | |
| 48.   - Vanguard FTSE All-World ex-US Index Fund | D | Dividend | M | T | | | | | |
| 49. | | | | | | | | | |
| 50.   Irrevocable Trust #1 (H) | | | | | | | | | |
| 51.   - Arbitrage Fund Class I | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -- Arbitrage Fund Class I | A | Dividend | | | | | | | |
| 53.  - DFA Global Real Estate Securities I | A | Distribution | K | T | | | | | |
| 54.  -- DFA Global Real Estate Securities I | C | Dividend | | | | | | | |
| 55.  - PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 56.  - Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 57.  - Vanguard Extended Market Index Fund | B | Dividend | L | T | | | | | |
| 58.  - Vanguard FTSE All-World Ex-US Index Fund | D | Dividend | M | T | | | | | |
| 59.  - Vanguard Short Term Investment Grade Fund | B | Dividend | L | T | | | | | |
| 60.  - Vanguard Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 61. | | | | | | | | | |
| 62.  Vanguard Account (H) | | | | | | | | | |
| 63.  - Vanguard FTSE All-World Ex-US Index Fund | B | Distribution | K | T | | | | | |
| 64.  - Vanguard Global Ex-US Real Estate Index Fund Admiral | C | Distribution | L | T | | | | | |
| 65.  - Vanguard Real Estate Index Admiral | B | Distribution | L | T | | | | | |
| 66.  - Vanguard Short Term Investment Grade Fund | C | Distribution | M | T | | | | | |
| 67. | | | | | | | | | |
| 68.  Irrevocable Trust #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | - Artisan Global Oppty Inv Cl | C | Distribution | L | T | | | | | |
| 70. | - Driehaus Emerging Markets Growth Fund | A | Dividend | J | T | | | | | |
| 71. | - Eaton Vance Core Plus BD | A | Distribution | L | T | Buy | 11/25/19 | K | | |
| 72. | -- Eaton Vance Core Plus BD | A | Dividend | | | | | | | |
| 73. | - iShares Core S&P 500 | B | Dividend | M | T | | | | | |
| 74. | - Janus Flexible Bond Fund | A | Dividend | | | Sold | 11/25/19 | K | A | |
| 75. | - PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | M | T | | | | | |
| 76. | - Schwab Fdmtl US Sm Co Idx | A | Distribution | K | T | | | | | |
| 77. | -- Schwab Fdmtl US Sm Co Idx | A | Dividend | | | | | | | |
| 78. | - Vanguard Dividend Appreciation Index Fund | A | Dividend | K | T | | | | | |
| 79. | - Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 11/27/19 | K | | |
| 80. | | | | | | | | | | |
| 81. | Irrevocable Trust #3 (H) | | | | | | | | | |
| 82. | - Artisan Global Oppty Inv Cl | D | Distribution | L | T | | | | | |
| 83. | - Congress Small Cap Growth Retail | | | | | Sold | 11/29/19 | K | D | |
| 84. | - Eaton Vance Core Plus BD | A | Distribution | M | T | Buy | 12/02/19 | M | | |
| 85. | -- Eaton Vance Core Plus BD | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tigar, Jon S.** | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Janus Flexible Bond Fund | C | Dividend | | | Sold | 11/29/19 | M | A | |
| 87.   - PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | L | T | | | | | |
| 88.   - Schwab 1000 Index Fund | A | Distribution | K | T | | | | | |
| 89.   -- Schwab 1000 Index Fund | A | Dividend | K | T | | | | | |
| 90.   - Vanguard Small Cap ETF | A | Dividend | L | T | Buy | 11/29/19 | K | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tigar, Jon S.** | 07/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 07/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jon S. Tigar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544